**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

KENNY STAGGS, SHELIA STAGGS, and
KENDELL LEE STAGGS                                                                                    PLAINTIFFS

v.                                        NO. 1:10CV00096 JLH

UNION PACIFIC RAILROAD COMPANY;
HEARTLAND EXPLORATION, LLC; and
XTO ENERGY, INC.                                                                                      DEFENDANTS

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, the Court orders that this action be remanded to the Circuit Court of Independence County, Arkansas.

IT IS SO ORDERED this 28th day of January, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE